# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Northstar Scientific Solutions, LLC,

                Plaintiff,

v.

Michigan Health Clinics, PC, *et al.*,

                Defendants.

_____/

Case No. 26-cv-11209

Judith E. Levy
United States District Judge

Mag. Judge Patricia T. Morris

## ORDER REQUIRING
## <u>CORPORATE DEFENDANT TO OBTAIN COUNSEL</u>

On April 14, 2026, this case was removed to this Court from state court. (ECF No. 1.) The notice of removal is signed by David Stockman, the corporate officer for Defendant Michigan Health Clinics, PC.[1] According to the removal notice, "Defendant is a Michigan professional corporation with its principal place of business in Michigan." (*Id.* at PageID.2.) There is no indication that Stockman is a lawyer, and the

---

[1] Stockman is identified as a Defendant on the docket; however, the removal notice's case caption lists only one Defendant: Michigan Health Clinics, PC. (ECF No. 1, PageID.1.)

docket reflects that Stockman proceeds *pro se.* "A corporation, partnership, or association may appear in federal courts only through licensed counsel and not through the pro se representation of an officer, agent, or shareholder." *Lea v. Tracy Langston Ford, Inc.*, No. 19-5706, 2019 WL 9171095, at \*2 (6th Cir. Dec. 30, 2019) (citing *Rowland v. Cal. Men's Colony*, 506 U.S. 194, 201–03 (1993); *Doherty v. Am. Motors Corp.*, 728 F.2d 334, 340 (6th Cir. 1984)). Accordingly, Defendant must obtain licensed counsel within two weeks of the date of this order. **Failure to comply with this order may result in sanctions, including the case being remanded to state court.**

IT IS SO ORDERED.

Dated: April 24, 2026           s/Judith E. Levy
      Ann Arbor, Michigan       JUDITH E. LEVY
                                            United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 24, 2026.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager

2